Decided June 6, 1996

STATE OF CONNECTICUT *v.* THOMAS MARTIN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 731 (AC 12797), is denied.

*Hugh F. Keefe* and *Suzanne L. McAlpine,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided June 6, 1996